1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. BERLINGER, Individually and On Behalf of All Others Similarly Situated,<br><br>  Plaintiff,<br><br>  vs.<br><br>BIOMARIN PHARMACEUTICAL INC., et al.,<br><br>  Defendants. | Case No. 5:21-cv-08254-~~LHK~~ MMC<br><br><u>CLASS ACTION</u><br><br>[~~PROPOSED~~] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL |

4876-9335-3223.v1

Having considered Local 282 Pension Trust Fund and Local 282 Annuity Trust Fund's (the "Local 282 Trust Funds") Motion for Appointment as Lead Plaintiff and Approval of Selection of Lead Counsel (the "Motion"), as well as David F. Berlinger's Notice of Non-Opposition,* and good cause appearing therefor, the Court ORDERS as follows:

1. The Motion is GRANTED;

2. The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), hereby appoints the Local 282 Trust Funds as Lead Plaintiff;

3. All securities class actions against any or all of the defendants subsequently filed in, or transferred to, this District shall be consolidated into this action. This Order shall apply to every such action, absent an order of the Court. A party objecting to such consolidation, or to any other provisions of this Order, must file an application for relief from this Order within ten days after the action is consolidated into this action. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown; and

4. The Local 282 Trust Funds' selection of Robbins Geller Rudman & Dowd LLP as Lead Counsel is approved pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the putative class:

    (a)    the preparation and filing of all pleadings;

    (b)    the briefing and argument of all motions;

    (c)    the conduct of all discovery proceedings and depositions;

    (d)    settlement negotiations;

    (e)    the pretrial discovery proceedings and the preparation for trial and the trial of this matter; and

    (f)    the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: January 10, 2022

_____
UNITED STATES DISTRICT COURT JUDGE

*In light of the above-referenced Notice, the Court deems Berlinger's "Motion. . . for Appointment as Lead Plaintiff and Approval of Lead Counsel" withdrawn.