COOLEY LLP
JOHN C. DWYER (136533)
(dwyerjc@cooley.com)
JESSICA VALENZUELA SANTAMARIA (220934)
(jvs@cooley.com)
BRETT DE JARNETTE (292919)
(bdejarnette@cooley.com)
JOSHUA WALDEN (327794)
(jwalden@cooley.com)
3175 Hanover Street
Palo Alto, California  94304-1130
Telephone:     +1 650 843 5000
Facsimile:      +1 650 849 7400

Attorneys for Defendants
BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé,
Brian R. Mueller, Daniel Spiegelman, and Henry J.
Fuchs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. BERLINGER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOMARIN PHARMACEUTICAL INC., JEAN-JACQUES BIENAIMÉ, BRIAN R. MUELLER, DANIEL SPIEGELMAN, and HENRY J. FUCHS,<br><br>Defendants. | Case No. 3:21-cv-08254-MMC<br><br>**STIPULATION AND [PROPOSED] SCHEDULING ORDER**<br><br>**JURY TRIAL DEMANDED**<br><br>Judge: Hon. Maxine M. Chesney<br>Courtroom: 7 |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIPULATION AND [PROPOSED]
SCHEDULING ORDER
3:21-CV-08254-MMC

Plaintiffs Local 282 Pension Trust Fund and Local 282 Annuity Trust Fund (the "Local 282 Trust Funds" or "Lead Plaintiffs"), by and through their undersigned counsel, and Defendants BioMarin Pharmaceutical, Inc., Jean-Jacques Bienaimé, Brian R. Mueller, Daniel Spiegelman, and Henry J. Fuchs (collectively, "Defendants"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, on October 22, 2021, putative BioMarin shareholder David F. Berlinger, individually and on behalf of all others similarly situated, filed a putative class action complaint (the "Complaint") in the action captioned *Berlinger v. BioMarin Pharmaceutical Inc., et al.*, 5:21-cv-08254-LHK (N.D. Cal.) against Defendants alleging violations of Sections 10(b) and 20(a) of the Securities Exchange Act of 1934 (the "Exchange Act"), U.S.C. §§ 78j(b) and 78t(a), and Rule 10b-5 promulgated thereunder, 17 C.F.R. § 240.10b-5 (ECF No. 1);

WHEREAS, on December 8, 2021, the parties filed a Stipulation and Proposed Order to Vacate Initial Case Management Conference and Reset All Related Deadlines and Extend Defendants' Time to Answer or Otherwise Respond to the Complaint (ECF No. 11);

WHEREAS, on December 22, 2021, Lead Plaintiffs and other putative BioMarin shareholders filed several competing motions for appointment as lead plaintiff and approval of lead counsel;

WHEREAS, on January 7, 2022, Chief District Judge Richard Seeborg reassigned this case to Judge Maxine M. Chesney, following the confirmation by the United States Senate of Judge Lucy H. Koh's nomination to the Ninth Circuit Court of Appeals (ECF No. 38);

WHEREAS, on January 10, 2022, the Court entered an order granting the December 8, 2021 Stipulation and Proposed Order (ECF No. 39), providing that Defendants shall not be required to answer, move to dismiss, or otherwise respond to the operative complaint and that within twenty days following the appointment of a lead plaintiff and lead counsel, Defendants shall meet and confer with the court-appointed lead plaintiff to set a schedule for the filing of an amended complaint and Defendants' response thereto;

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2

STIPULATION AND [PROPOSED]
SCHEDULING ORDER
3:21-CV-08254-MMC

WHEREAS, on January 10, 2022, the Court entered an order appointing as lead plaintiff the Local 282 Trust Funds and approving the Local 282 Trust Funds' selection of Robbins Geller Rudman & Dowd LLP as lead counsel (ECF No. 41);

WHEREAS, pursuant to the January 10, 2022 Order, Lead Plaintiff and Defendants (together, the "Parties") have met and conferred and, subject to this Court's approval, have agreed to a proposed schedule as set forth below;

NOW THEREFORE, the Parties hereby stipulate and agree as follows, through their undersigned counsel:

1. Lead Plaintiffs shall file and serve an amended complaint (the "Amended Complaint") on or before March 25, 2022.

2. Defendants shall answer, move to dismiss, or otherwise respond to the Amended Complaint on or before May 25, 2022.

3. If Defendants move to dismiss the Amended Complaint, Lead Plaintiffs shall file and serve any opposition to such motion on or before July 25, 2022.

4. Defendants shall file and serve their reply to any such opposition on or before September 1, 2022.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: January 31, 2022           COOLEY LLP

                                  By: */s/ Jessica Valenzuela Santamaria*
                                       Jessica Valenzuela Santamaria

                                  Attorneys for Defendants
                                  BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé, Brian R. Mueller, Daniel Spiegelman, and Henry J. Fuchs

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

3

STIPULATION AND [PROPOSED] ORDER
SETTING SCHEDULE
3:21-CV-08254-MMC

| | |
|---|---|
| Dated: January 31, 2022 | ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>DAVID MITCHELL<br>BRIAN O'MARA<br>STEVE JODLOWSKI<br><br>By:   */s/ David Mitchell*<br>       David Mitchell<br><br>655 West Broadway, Suite 1900<br>San Diego, CA 92101<br>Telephone: (619) 231-1058<br>Fax: (619) 231-7423<br><br>ROBBINS GELLER RUDMAN<br>   & DOWD LLP<br>SHAWN A. WILLIAMS<br>Post Montgomery Center<br>One Montgomery Street, Suite 1800<br>San Francisco, CA 94104<br>Telephone: (415) 288-4545<br>Fax: (415) 288-4534<br><br>*Attorneys for Plaintiff* |

### ATTESTATION PURSUANT TO CIV. L.R. 5-1(i)(3)

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: January 31, 2022　　　　　　　　　　　　　　　*/s/ Jessica Valenzuela Santamaria*
　　　　　　　　　　　　　　　　　　　　　　　　　　　Jessica Valenzuela Santamaria

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

4

STIPULATION AND [PROPOSED] ORDER
SETTING SCHEDULE
3:21-CV-08254-MMC

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: January 31, 2022

_____
Hon. Maxine M. Chesney
United States District Court Judge