ROBBINS GELLER RUDMAN
  & DOWD LLP
SHAWN A. WILLIAMS (213113)
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
shawnw@rgrdlaw.com
        – and –
SPENCER A. BURKHOLZ (147029)
DAVID W. MITCHELL (199706)
BRIAN O. O'MARA (229737)
STEVEN M. JODLOWSKI (239074)
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
spenceb@rgrdlaw.com
davidm@rgrdlaw.com
bomara@rgrdlaw.com
sjodlowski@rgrdlaw.com

Lead Counsel for Lead Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. BERLINGER, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>BIOMARIN PHARMACEUTICAL INC., et al.,<br><br>　　　　　　　Defendants. | Case No. 3:21-cv-08254-MMC<br><br>CLASS ACTION<br><br>DECLARATION OF DAVID W. MITCHELL IN SUPPORT OF LEAD PLAINTIFFS' RESPONSE AND OBJECTIONS TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS |

4885-2701-0091.v1

I, DAVID W. MITCHELL, declare as follows:

1. I am an attorney admitted to practice before this Court and a member of the law firm of Robbins Geller Rudman & Dowd LLP, court-appointed Lead Counsel for Lead Plaintiffs Local 282 Pension Trust Fund and Local 282 Annuity Trust Fund ("Plaintiffs" or "Local 282") in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto. I submit this Declaration on behalf of Local 282 in support of Lead Plaintiffs' Response and Objections to Defendants' Request for Judicial Notice in Support of Defendants' Motion to Dismiss (ECF 52).

2. Attached are true and correct copies of the following exhibits:

Exhibit A:   A Comparison between Defendants' Statements and Admissions Against Defendants' Interpretations Offered to the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on July 25, 2022 at San Diego, California.

                                                              s/ David W. Mitchell
                                                           DAVID W. MITCHELL

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on July 25, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

    s/ David W. Mitchell
    DAVID W. MITCHELL

ROBBINS GELLER RUDMAN
  & DOWD LLP
655 West Broadway, Suite 1900
San Diego, CA  92101-8498
Telephone:  619/231-1058
619/231-7423 (fax)

Email:  davidm@rgrdlaw.com

4885-2701-0091.v1