IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. BERLINGER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BIOMARIN PHARMACEUTICAL INC., et al.,<br><br>Defendants. | Case No. 21-cv-08254-MMC<br><br>**ORDER DISMISSING ACTION** |

By order filed January 19, 2023, the Court dismissed plaintiff's Amended Complaint, with leave to amend no later than February 21, 2023. On February 21, 2023, plaintiff filed a "Notice of Lead Plaintiffs' Election to Stand on the Consolidated Amended Complaint for Violations of the Federal Securities Laws."

Accordingly, the above-titled action is hereby DISMISSED.

The Clerk of Court is directed to close the file.

**IT IS SO ORDERED.**

Dated: February 21, 2023

MAXINE M. CHESNEY
United States District Judge