UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID F. BERLINGER,<br><br>   Plaintiff.<br><br>   v.<br><br>BIOMARIN PHARMACEUTICAL INC., et al.,<br><br>   Defendants. | Case No.  21-cv-08254-MMC<br><br>**JUDGMENT IN A CIVIL CASE**<br><br>Re: Dkt. No. 64 |

(X) **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

The above-titled action is hereby DISMISSED.

**IT IS SO ORDERED AND ADJUDGED**

Dated: 2/22/2023

Mark B. Busby, Clerk of Court

*Tracy Geiger*

Tracy Geiger
Deputy Clerk