# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** **Northern District of California**

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:21-cv-08254-MMC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: 10/22/2021

Date of judgment or order you are appealing: 2/22/2023, 2/21/2023, 1/19/2023

Docket entry number of judgment or order you are appealing: 65, 64, 62

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*

◉ Yes ○ No ○ IFP was granted by U.S. District Court

---

**List all Appellants** *(List **each** party filing the appeal. Do not use "et al." or other abbreviations.)*

Lead Plaintiffs Local 282 Pension Trust Fund and Local 282 Annuity Trust Fund District No. 9, on behalf of themselves and all others similarly situated

Is this a cross-appeal? ○ Yes ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case? ○ Yes ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City: State: Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** s/David W. Mitchell **Date** March 22, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Lead Plaintiffs Local 282 Pension Trust Fund and Local 282 Annuity Trust Fund District No. 9, on behalf of themselves and all others similarly situated

Name(s) of counsel (if any):

ROBBINS GELLER RUDMAN & DOWD LLP
Spencer A. Burkholz, Joseph D. Daley, David W. Mitchell, Steven M. Jodlowski

Address: 655 West Broadway, Suite 1900, San Diego, CA 92101

Telephone number(s): (619)231-1058

Email(s): spenceb@rgrdlaw.com, joed@rgrdlaw.com, davidm@rgrdlaw.com, sjodlowski@rgrdlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

---

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Defendants BioMarin Pharmaceutical Inc., Jean-Jacques Bienaimé, Henry J. Fuchs, and Lon Cardon

Name(s) of counsel (if any):

COOLEY LLP
John C. Dwyer, Brett De Jarnette, Joshua Walden

Address: 3175 Hanover Street, Palo Alto, CA 94304

Telephone number(s): (650)843-5000

Email(s): dwyerjc@cooley.com, bdejarnette@cooley.com, jwalden@cooley.com

*To list additional parties and/or counsel, use next page.*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**Appellants**

Name(s) of party/parties:

Lead Plaintiffs Local 282 Pension Trust Fund and Local 282 Annuity Trust Fund District No. 9, on behalf of themselves and all others similarly situated

Name(s) of counsel (if any):

ROBBINS GELLER RUDMAN & DOWD LLP
Shawn A. Williams

Address: One Montgomery Street, Suite 1800, San Francisco, CA 94104

Telephone number(s): (415)288-4545

Email(s): shawnw@rgrdlaw.com

Is counsel registered for Electronic Filing in the 9th Circuit? ◉ Yes ○ No

**Appellees**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*